KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON, Bar # 249784
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-6062
Facsimile:   (202) 307-0054
Colin.C.Sampson@usdoj.gov

*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney

*Attorneys for the United States of America*

JOZEL BRUNETT, Chief Counsel, Bar # 124188
TODD M. BAILEY,Tax Counsel IV, Lead, Bar # 109519
MELODY SCULLARY, Tax Counsel III, Bar # 221833
FRANCHISE TAX BOARD
   P.O. Box 1720, MS: A-260
   Rancho Cordova, CA 95741-1720
   Telephone: (916) 845-4978
   Fax: (916) 845-3648
   E-mail:  Melody.Scullary@ftb.ca.gov

*Attorneys for California Franchise Tax Board*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

STIPULATION FOR LIEN PRIORITY

10366242.1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 2:13-cv-01493-JAM-CKD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND REQUEST FOR ORDER REGARDING LIEN PRIORITY** |
| v. | ) | |
| | ) | |
| PAUL F. NICHOLS; and STATE OF CALIFORNIA FRANCHISE TAX BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America and the California Franchise Tax Board ("FTB"), through their respective attorneys, hereby stipulate and agree as follows:

## THE SUBJECT PROPERTIES

The real property that is the subject of this foreclosure action ("Subject Property") consist of a parcel of real property located in Sacramento County, California, located at 7969 Archer Avenue, Fair Oaks, California 96626 and is more particularly described as follows:

> That certain real property situated in the State of California, County of Sacramento, Unincorporated Area, described as follows:
>
> All that portion of Lot 4, in Block 26, as shown on the "Map of portion of San Juan Grant showing public lands surveys and subdivision of Fair Oaks tract", filed in the Office of the County Recorder of Sacramento County on December 24, 1895 in Book 3 of Maps, Map No. 24, described as follows:
>
> Beginning at the intersection of the East line of said Lot 4 with the South line of Piedmont Subdivision, the plat of which was filed in said Recorder's office on July 31, 1956 in Book 45 of Maps, Map No. 8; thence from said point of beginning along the East line of said Lot 4, South 00° 28' 15" West 125.91 feet to the Southeast corner of said Lot 4; thence along the South line of said Lot 4, South 89° 36' 20" West 147.00 feet; thence parallel with the East line of said Lot 4, North 00° 28' 15" East 125.91 feet to the South line of said Piedmont Subdivision, North 89°

36' 45" East 147.00 feet to the point of the beginning.

Excepting therefrom the West 68/100ths of a foot thereof.

The Subject Property is also identified as Parcel Number 244-0075-018-0000.

## CLAIMS OF THE UNITED STATES

On the following dates, duly authorized delegates of the Secretary of the Treasury made assessments against Paul F. Nichols for his unpaid individual federal income taxes for the tax years 1996 through 1998 and 2001, creating federal tax liens:

| Tax Period | First Assessment Date | Date Notice Of Federal Tax Lien Recorded With Sacramento County Recorder |
|---|---|---|
| 1996 | 12/18/2000 | 04/23/2001 |
| 1997 | 01/26/2004 | 04/21/2004 |
| 1998 | 02/16/2004 | 04/21/2004 |
| 2001 | 08/30/2004 | 05/09/2005 |

The federal tax liens attach to the Subject Property of this action.

## CLAIMS OF FTB

On the following dates, the State of California Franchise Tax Board made assessments against Paul F. Nichols, for the tax years 1996, 2000 and 2001:

| Tax Period | Assessment Date | Date Notice of Federal Tax Lien Recorded With Sacramento County Recorder |
|---|---|---|
| 1996 | 02/26/2006 | N/A |
| 2000 | 04/10/2005 | 07/06/2007 |
| 2000 | 02/26/2006 | 07/06/2007 |
| 2001 | 04/10/2005 | 07/06/2007 |
| 2001 | 02/26/2006 | 07/06/2007 |

The state tax liens attach to the Subject Properties of this action.

10366242.1

## STIPULATIONS

Wherefore, the United States and the State of California Franchise Tax Board hereby stipulate and agree that the United States' federal tax liens against Paul F. Nichols for the tax years 1996 through 1998 and 2001, have priority over the FTB's state tax liens against Paul F. Nichols for the tax years 1996, 2000 and 2001.

The United States and the State of California Franchise Tax Board agree to the following schedule of priority, which corresponds to the above-listed stipulations:

| Order of Lien Priority | Lien Holder | Taxpayer | Tax Type | Lien Date (Recording Date) |
|---|---|---|---|---|
| 1 | I.R.S. | Paul F. Nichols | 1996 Federal Income Taxes | 12/18/2000 (04/23/2001) |
| 2 | I.R.S. | Paul F. Nichols | 1997 Federal Income Taxes | 01/26/2004 (04/21/2004) |
| 3 | I.R.S. | Paul F. Nichols | 1998 Federal Income Taxes | 02/16/2004 (04/21/2004) |
| 4 | I.R.S. | Paul F. Nichols | 2001 Federal Income Taxes | 08/30/2004 (05/09/2005) |
| 5 | California FTB | Paul F. Nichols | 2000 State Income Taxes | 04/10/2005 (07/06/2007) |
| 6 | California FTB | Paul F. Nichols | 2001 State Income Taxes | 04/10/2005 (07/06/2007) |
| 7 | California FTB | Paul F. Nichols | 2000 State Income Taxes | 02/26/2006 (07/06/2007) |
| 8 | California FTB | Paul F. Nichols | 2001 State Income Taxes | 02/26/2006 (07/06/2007) |
| 9 | California FTB | Paul F. Nichols | 1996 State Income Taxes | 02/26/2006 (Lien Not Recorded) |

The California Franchise Tax Board does not oppose judicial foreclosure of the Subject Properties by Plaintiff the United States should it prevail in this action. However, any proceeds from the sale of the Subject Properties, as among the United

1 States and the California Franchise Tax Board will be used to pay off the interest of the
2 parties as outlined in the chart above.  Prior to filing an application for final order of the
3 Court, Plaintiff agrees to provide an accounting to the California Franchise Tax Board
4 setting forth the full disposition of the proceeds from the sale of the Subject Properties.

5     The parties to this Stipulation agree to bear their own costs and attorney's fees,
6 excepting the costs incurred in selling the Subject Properties, which are to be
7 reimbursed from the proceeds of the sale of the Subject Properties prior to satisfying the
8 outstanding liens on the property.

9     Upon execution of this Stipulation by both parties and entry of the Order by the
10 Court, the California Franchise Tax Board shall not be required to appear at future
11 hearings in this litigation and shall be treated as non-parties for all purposes including
12 discovery purposes, unless ordered by the Court.
13 ///
14
15 ///
16
17 ///
18
19 ///
20
21 ///
22

The parties so agree and request an order confirming the foregoing.

                                        KATHRYN KENEALLY
                                        Assistant Attorney General

Dated:   8/14/2013          By:     /s/_____
                                        COLIN C. SAMPSON
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice

*Attorneys for the United States of America*

                                        CALIFORNIA FRANCHISE TAX BOARD
                                        JOZELL BRUNETT, Chief Counsel
                                        TODD M. BAILEY, Tax Counsel IV

Dated:   8/13/2013          By:     /s/_____
                                        MELODY SCULLARY, Tax Counsel III

*Attorneys for California Franchise Tax Board*

IT IS SO ORDERED.

Dated:   8/14/2013          /s/ John A. Mendez_____
                                    HONORABLE JOHN A. MENDEZ
                                    United States District Court Judge

10366242.1