IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL F. NICHOLS, and STATE OF CALIFORNIA FRANCHISE TAX BOARD,<br><br>    Defendants. | Civil No. 2:13-CV-01493-JAM-CKD<br><br>**ORDER** |

The United States has requested a stay of the date to serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and this Court's Scheduling Order (Dkt. No. 9), currently due on October 21, 2013, in light of the lapse of appropriations.  For good cause shown,

**IT IS ORDERED THAT**

The motion for stay is granted.  Counsel for the United States is directed to contact the Court when appropriations are restored or Initial Disclosures have been served on Defendants.

**IT IS SO ORDERED.**

Dated:  10/8/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

10613567.1