KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-6062
Facsimile:   (202) 307-0054
Colin.C.Sampson@usdoj.gov

*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No.  2:13-cv-01493-JAM-CKD |
| Plaintiff, | |
| v. | **ORDER OF JUDGMENT** |
| PAUL F. NICHOLS; and STATE OF CALIFORNIA FRANCHISE TAX BOARD, | |
| Defendants. | |

Upon Stipulation of the Parties and for good cause shown:

1. IT IS ORDERED THAT Judgment is entered judgment against Paul F. Nichols and in favor of the United States as to Count One of the United States' Complaint, in the amount of $304,703.31 for unpaid federal income taxes for the tax

11444561.1

years 1996, 1997, 1998, and 2001, plus any additional interest that continues to accrue pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621, from April 14, 2014, until paid in full.  IT IS FURTHER

    2.    ORDERED THAT Count Two of the United States' Complaint is dismissed without prejudice to refiling.

Dated May 12, 2014.

/s/ JOHN A. MENDEZ

_____

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

11444561.1